## KINNEY v. OWENS, SHERIFF.

ERROR to the District Court, Weston County, HON. CARROLL H. PARMELEE, Judge.

*M. B. Camplin,* for plaintiff in error.

*Stotts & Blume,* for defendant in error.

PER CURIAM.

This case and case No. 510, between the same parties, were submitted at the same time and involve the same questions; and the parties have filed in this case their written stipulation that the decision herein should abide the decision in case No. 510. The judgment in that case having been this day affirmed, the judgment of the District Court in this case is accordingly affirmed.    *Affirmed.*